

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00021-CV

Dwain A. Boehl
v.
Lisa Richardson

On Appeal from the
County Court at Law No. 2 of Victoria County, Texas
Trial Cause No. CIV2-19092

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses Richardson's forcible detainer suit for want of jurisdiction. The Court orders the judgment vacated and the case is DISMISSED. Costs of the appeal are adjudged against the appellant, Dwain A. Boehl.

We further order this decision certified below for observance.

December 12, 2019